UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ESTELLE G.,<br><br>                               Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                               Defendant. | Case No.: 21-cv-00674-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 3]** |

On April 15, 2021, plaintiff Virginia Estelle G. commenced an action against the Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. Doc. No. 1. Plaintiff also filed an Application to Proceed with her Complaint in forma pauperis. Doc. No. 3.

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it

/ /

shows that the applicant cannot pay the fee "and still be able to provide himself and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's application states that she is unemployed and has limited income and assets. Plaintiff's sole income is $1,800.00 in unemployment payments and a one-time federal stimulus payment of $1,200. Doc. No. 3 at 2. Her assets consist of approximately $400.00 in savings, a double-wide trailer home, and a 2004 Dodge Durango. *Id.* at 3. Plaintiff reports that her monthly expenses for rent, utilities, transportation and credit card payments total $1,856.00, which exceeds her monthly income. *Id.* at 4-5. Therefore, the Court finds that plaintiff has sufficiently shown she lacks the financial resources to pay the filing fee.

Accordingly, plaintiff's Application to Proceed in forma pauperis [Doc. No. 3] is **GRANTED**.

**IT IS SO ORDERED.**

Dated: April 23, 2021

Hon. Karen S. Crawford
United States Magistrate Judge